

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED

JAN 1 0 2012

CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEFFREY KROGMAN,

Defendant.

CR 11-40017

FACTUAL BASIS STATEMENT

The undersigned parties stipulate that the following facts are true and establish a factual basis for the plea in the action pursuant to Federal Rules of Criminal Procedure 11(b)(3):

On February 12, 2011, Defendant Jeffrey Krogman answered an ad on backpage.com placed by law enforcement pursuant to an online sting operation. Correspondence then began between law enforcement and undercover police agents via email, Krogman was sending and receiving the emails via his cellular phone. At the time he responded to the ad he was located in the state of Iowa, visiting relatives. At approximately 6:10 p.m. he proposed to the undercover agent that he engage in a sex act with a fictional 14 year old female. Krogman did not know he was conversing with law enforcement and thought he was conversing with the minor's pimp or guardian. At approximately 6:12 p.m. he received an

affirmative response from the officer that the proposed sex act was agreeable. He then traveled to Sioux Falls, South Dakota, arrived at approximately 8:00 p.m. on that same day with the intention that he would purchase a sex act with a 14 year old female. Later upon arriving at the proposed meeting place in Sioux Falls, South Dakota Krogman was arrested by authorities. All of this occurred in violation of 18 U.S.C. 2423(b).

BRENDAN V. JOHNSON
United States Attorney


January 10, 2012
Date

Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)330-4400
Facsimile: (605)330-4410
E-Mail: jeff.clapper@usdoj.gov


1/10/12
Date

Jeffrey Krogman
Defendant


1/10/12
Date

Jason J. Tupman
Attorney for Defendant